**United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Cincinnati Divisional Office**

IN RE:

Sean Patrick Dennedy

         Debtor(s)       /

Case No. 11-16984
Judge: Beth A. Buchanan
Chapter: 13

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $440.10 was issued to PNC Bank (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

   35308 SE Center St, Snoqualmie, WA 98065
   425-836-5728
   74-3049851

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

Dilks & Knopik, LLC has purchased and has been assigned the unclaimed dividend relating to Claim Number 2 from PNC Bank, National Association in the above referenced case as evidence by the Purchase Agreement & General Assignment labeled exhibit A. (Schedule 1, Page 1, Line 7).

The original dividend check was sent to a PNC Bank at PO BOX 94982, CLEVELAND, OHIO 44101. That address is no longer valid. The current address is listed above. The change in mailing address may have prevented delivery of the original dividend check.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to Dilks & Knopik, LLC as assignee to PNC Bank, National Association , and mail said check to the following address: 35308 SE Center St, Snoqualmie, WA 98065.

Dated: November 25, 2014

Respectfully Submitted:

/s/Brian J. Dilks
Managing Member
Dilks & Knopik, LLC as assignee to
PNC Bank, National Association
35308 SE Center St, Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

## AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Dilks & Knopik, LLC as assignee to PNC Bank, National Association is legally entitled to the unclaimed funds referenced in this application.

Dated  November 25, 2014

<u>/s/Brian J. Dilks</u>
Managing Member
Dilks & Knopik, LLC
As assignee to PNC Bank, National Association
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the**
**Southern District of Ohio, Western Division**
**Cincinnati Divisional Office**

IN RE:

      Sean Patrick Dennedy

Case No. 11-16984

            Debtor(s)        /

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on November 25, 2014

| | |
|---|---|
| U.S. Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard – Suite 200<br>Columbus, OH 43215 | Office of the US Trustee<br>36 East Seventh Street, Suite 2030<br>Cincinnati, Ohio 45202 |
| Sean Patrick Dennedy<br>Debtor<br>1640 Winchester Avenue<br>Cincinnati, OH 45230 | |

A copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following via Electronic Mail on November 25, 2014

| | |
|---|---|
| Margaret A Burks<br>Trustee<br>Cincinnati@cinn13.org | Nicholas A Zingarelli<br>Debtors Attorney<br>nick@zingarellilaw.com |

Dated: November 25, 2014

                                  /s/Brian J. Dilks
                                  Managing Member
                                  Dilks & Knopik, LLC
                                  As assignee to
                                  PNC Bank, National Association
                                  35308 SE Center St
                                  Snoqualmie, WA 98065
                                  Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Cincinnati Divisional Office**

IN RE:

Sean Patrick Dennedy

Case No. 11-16984
Judge: Beth A. Buchanan
Chapter: 13

Debtor(s)      /

**NOTICE OF MOTION**

Dilks & Knopik, LLC has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

| | |
|---|---|
| U.S. Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard – Suite 200<br>Columbus, OH 43215 | Office of the US Trustee<br>36 East Seventh Street, Suite 2030<br>Cincinnati, Ohio 45202 |
| Sean Patrick Dennedy<br>Debtor<br>1640 Winchester Avenue<br>Cincinnati, OH 45230 | Nicholas A Zingarelli<br>Debtors Attorney<br>nick@zingarellilaw.com |
| Margaret A Burks<br>Trustee<br>Cincinnati@cinn13.org | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: November 25, 2014

/s/Brian J. Dilks
Managing Member
Dilks & Knopik, LLC
As assignee to
PNC Bank, National Association
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com



## Statement of Authority

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of Dilks & Knopik, LLC, and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

**Brian J Dilks – President – Managing Member**

Dilks & Knopik, LLC

Caryn M Dilks
Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728 x101

Subscribed and sworn to me this Thursday, September 18, 2014

Notary Signature _____

Printed Name: Andrew T. Drake

My Commision Expires: August 9, 2015



35308 SE Center Street
Snoqualmie, WA 98065

Phone 877-836-5728
Fax   «systemuser_address1_fax»
Email admin@dilksknopik.com

www.dilksknopik.com





*When Success Matters*

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com